■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH BALSAMO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated June 9, 1959, which denied, without a hearing, his *coram nobis* application to vacate a judgment of that court, rendered October 22, 1956, convicting him, after a jury trial, of robbery in the second degree, and sentencing him to serve a term of 15 to 30 years as a third felony offender. The judgment of conviction was affirmed by this court (*People* v. *Balsamo*, 5 A D 2d 696). This *coram nobis* application was made on the ground that defendant's constitutional rights had been violated in that he had been indicted and tried for the crimes of robbery in the second degree, assault in the second degree and grand larceny in the first degree, but the trial court submitted to the jury only the robbery count and held in abeyance the other charges. It appears that such procedure was adopted by the trial court upon the stipulation of counsel and with defendant's express consent. Order affirmed. The alleged error is a matter of record which could have been raised on the appeal from the judgment of conviction and, under the circumstances, the remedy of *coram nobis* may not be invoked (cf. *People* v. *Sadness*, 300 N. Y. 69, 74; *People* v. *Silverman*, 3 N Y 2d 200, 202). We express no opinion as to defendant's rights and remedies, if any, arising from his alleged mental disorder prior to and subsequent to his conviction, as no such question was presented in the court below. Appeal from decision dismissed. No appeal lies therefrom. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE BROWN, Appellant.— Appeal by defendant from an order of the County Court, Kings County, made February 24, 1960, denying, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered June 26, 1947, upon his plea of guilty, convicting him of attempted burglary in the third degree and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FORAN, Appellant.— Appeal by defendant (1) from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, entered October 15, 1959, convicting him of assault in the third degree; and (2) from the sentence committing him to the New York City Penitentiary for an indefinite term. Judgment affirmed. No opinion. No appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KENNEBREW, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered January 19, 1960, upon a jury's verdict, convicting him of assault in the second degree, and sentencing him, as a second felony offender, to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.